**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7072**

ROBERT HOLLAND KOON, a/k/a Robert Koon, a/k/a Robert H. Koon,

Plaintiff - Appellant,

v.

TIMOTHY CLARK; JORDAN WILLIAMS; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; COACH BELTON; OFFICER GADSEN; JOSEPH MCFADDEN; INVESTIGATOR RICHARDSON; MICHAEL MCCALL; OFFICER ALFAS; RICHARD SNEAD; OFFICER JOYNER; CORPORAL BRANTLEY; SERGEANT SANCHEZ; CAPTAIN MACK; SERGEANT JONES,

Defendants - Appellees,

and

NURSE LENTZ; DR. SEAN JONES; TRIDENT MEDICAL CENTER; CIOX HEALTH SERVICES,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Florence. David C. Norton, District Judge. (4:18-cv-01584-DCN)

Submitted: November 18, 2021                    Decided: November 22, 2021

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Robert Holland Koon, Appellant Pro Se. Elloree Ann Ganes, William Marshall O'Neil, HOOD LAW FIRM, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Holland Koon appeals from the district court's order denying his motion to set aside settlement and granting Defendants' motion to enforce settlement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Koon v. Clark*, No. 4:18-cv-01584-DCN (D.S.C. Mar. 29, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*